# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Advanced Crane Technologies, LLC | ) | ASBCA No. 60631 |
| | ) | |
| Under Contract No. W91275-13-C-0009 | ) | |

APPEARANCES FOR THE APPELLANT:  Michael A. Richard, Esq.
Michael H. Payne, Esq.
  Cohen Seglias Pallas Greenhall & Furman, PC
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
S. DeAnn Lehigh, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Little Rock

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated:  11 January 2017

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60631, Appeal of Advanced Crane Technologies, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals